COOLEY LLP
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:     (650) 843-5000
Fax:    (650) 857-0663

Attorneys for Plaintiff
ABAXIS, INC.

GOODWIN PROCTER LLP
J. ANTHONY DOWNS (Pro Hac Admission to be Provided)
(jdowns@goodwinprocter.com)
LANA SHIFERMAN (Pro Hac Admission to be Provided)
(lshiferman@goodwinprocter.com)
Exchange Place
53 State Street
Boston, MA 02109
Tel:     (617) 570-1000
Fax:    (617) 523-1231

Attorneys for Plaintiff
ALERE SWITZERLAND GMBH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAXIS, INC., a California Corporation and ALERE SWITZERLAND GMBH, a Switzerland Entity<br><br>Plaintiff,<br><br>v.<br><br>MODERN VETERINARY THERAPEUTICS, LLC, a Florida Corporation<br><br>Defendants. | Case No.  C 10-04549 PSG<br><br>**ORDER GRANTING STIPULATION REQUESTING EXTENSION OF DEADLINES AND CALENDARED DATES** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

908089 v1/HN

**ORDER RE STIPULATION
REQUESTING EXTENSION OF DEADLINES
CASE NO. C 10-04549 PSG**

1 | Having considered the stipulation and for good cause shown, Stipulation Requesting Extension of Deadlines is hereby GRANTED.  All current deadlines and calendared dates are extended for 30 days, and the case management conference is reset to March 8, 2011.

IT IS SO ORDERED.

Dated: January 6, 2011

*[signature]*
HON. PAUL S. GREWAL
United States District Court Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

908089 v1/HN

1.

**ORDER RE STIPULATION
REQUESTING EXTENSION OF DEADLINES
CASE NO. C 10-04549 PSG**