UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MODERN VETERINARY THERAPEUTICS, LLC, <br><br> Defendant. | Case No.: C 10-4549 PSG <br><br> **ORDER SETTING DEADLINE FOR PARTIES EITHER TO FILE WRITTEN CONSENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE OR TO REQUEST REASSIGNMENT TO A DISTRICT JUDGE** |

The initial case management conference in this case is set for March 15, 2011, and the deadline for filing a case management statement was February 24, 2011.[1] As a result, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than February 24, 2011. *See* Civ. L. R. 73-1(a)(1). The parties have neither consented nor requested reassignment.

IT IS HEREBY ORDERED that no later than March 11, 2011, the parties shall either file

---

[1] *See* 12/08/10 Clerk's Notice (Docket No. 8) (setting case management conference on February 1, 2011 and deadline for filing case management statement on January 25, 2011); 1/06/11 Order re Stipulation (Docket No. 10) (continuing all calendared deadlines and dates for 30 days and thereby moving deadline for filing case management statement to February 24, 2011); 1/11/2011 Clerk's Notice (continuing case management conference to March 15, 2011).

ORDER, *page 1*

1  written consent to the jurisdiction of the magistrate judge or request reassignment to a district
2  judge.

3  Dated: March 9, 2011

5  _____
   PAUL S. GREWAL
   United States Magistrate Judge

ORDER, *page 2*