IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAXIS, INC., a California corporation, and ALERE SWITZERLAND GMBH, a Switzerland entity,<br><br>    Plaintiffs,<br><br>  v.<br><br>MODERN VETERINARY THERAPEUTICS, LLC, a Florida corporation,<br><br>    Defendant.<br>_____/ | No. C 10-04549 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court **CONTINUES** the case management conference to **APRIL 7, 2011, AT 3:00 P.M.** All deadlines are extended accordingly.

    **THERE WILL BE NO MORE EXTENSIONS.**

    **IT IS SO ORDERED.**

Dated: March 18, 2011.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE