IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAXIS, INC., a California corporation, and ALERE SWITZERLAND GMBH, a Switzerland entity,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MODERN VETERINARY THERAPEUTICS, LLC, a Florida corporation,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 10-04549 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Counsel left a voice mail and said that a settlement had been reached and needed one week in which to finalize the settlement. Therefore, the case management conference is **CONTINUED** to Thursday, April 14, 2011, at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: April 6, 2011.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE