1  COOLEY LLP
   RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
2  Five Palo Alto Square
   3000 El Camino Real
3  Palo Alto, CA  94306-2155
   Tel:     (650) 843-5000
4  Fax:    (650) 857-0663

5  Attorneys for Plaintiff
   ABAXIS, INC.
6
   GOODWIN PROCTER LLP
7  J. ANTHONY DOWNS (Pro Hac Admission to be Provided)
   (jdowns@goodwinprocter.com)
8  LANA SHIFERMAN (Pro Hac Vice)
   (lshiferman@goodwinprocter.com)
9  Exchange Place
   53 State Street
10 Boston, MA 02109
   Tel:     (617) 570-1000
11 Fax:    (617) 523-1231

12 Attorneys for Plaintiff
   ALERE SWITZERLAND GMBH
13
   POLSINELLI SHUGHART PC
14 GRAHAM L.W. DAY (No. 186553) (gday@polsinelli.com)
   KEITH J. GRADY (Of Counsel) (kgrady@polsinelli.com)
15 100 S. 4th Street, Sutie 1000
   St. Louis, MO  63102
16 Tel:     (314) 889-8000
17 Fax:    (314) 622-6709

18 Attorneys for Defendant
   MODERN VETERINARY THERAPEUTICS, LLC
19
                   UNITED STATES DISTRICT COURT
20                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  ABAXIS, INC., a California Corporation and ALERE SWITZERLAND GMBH, a Switzerland Entity | Case No.  3:10-cv-04549 WHA |
| 22 | [PROPOSED] FINAL CONSENT JUDGMENT |
| 23           Plaintiff, | |
| 24       v. | |
| 25  MODERN VETERINARY THERAPEUTICS, LLC, a Florida Corporation | |
| 27           Defendants. | |

Upon the joint motion of all the parties, and for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The defendant Modern Veterinary Therapeutics, LLC ("MVT") and its successors and assigns, and each of their respective officers, directors, agents, servants, employees and attorneys, and all other persons who are in active concert or participation with any of them are hereby permanently restrained and enjoined: (a) from making, using, selling, offering to sell, and importing; (b) from actively inducing any other person or entity in making, using, selling, offering to sell, and importing; and (c) from offering to sell, selling within the United States, or importing into the United States a material or apparatus that is not a staple article or commodity of commerce suitable for substantial non-infringing uses, and knowing the same to be especially made or especially adapted for use in any procedure, process or method or test corresponding to any tests that MVT has designated as Rapid Canine Heartworm Antigen Test Kit, or any equivalent thereof, including without limitation any combinations of tests that include any of the foregoing until such time as each and every claim of U.S. Patents Nos. 5,714,389 and 6,485,982 B1 expire, are abandoned, or are held invalid or unenforceable in a final judgment by any court with jurisdiction over the subject matter thereof and from which all rights to appeal have been exhausted or expired. Nothing contained herein, however, shall be construed to prohibit MVT from making, using, selling, offering for sale, or importing such tests or the equivalents thereof in the event that MVT lawfully obtains the tests, their equivalents, or the component parts thereof from another who has the legal right to make, use, sell, offer for sale, or import such tests or their equivalents.

2. MVT, for and on behalf of itself and its successors and assigns, acknowledges the validity and enforceability of U.S. Patents Nos. 5,714,389 and 6,485,982 B1 and waives the right to challenge the validity or enforceability of said patents.

3. The Court retains jurisdiction of this action for purposes of enforcement of the provisions of this Final Consent Judgment. **for a period of three years.**

4. Except as otherwise set forth in this Final Consent Judgment, this action and all claims and counterclaims asserted herein are dismissed **WITH PREJUDICE** and without an award of costs or attorney fees to any party.

This entry terminates this action. **THE CLERK SHALL CLOSE THE FILE.**

Dated: April 13, 2011

COOLEY LLP

By: /s/ *Ricardo Rodriguez*
     Ricardo Rodriguez

Attorneys for Plaintiff Abaxis, Inc.

Dated: April 13, 2011

GOODWIN PROCTER LLP

By: /s/ *Lana S. Shiferman*
     Lana S. Shiferman

Attorneys for Plaintiff Alere Switzerland GmbH.

Dated: April 13, 2011

POLSINELLI SHUGHART PC

by: /s/*Graham L.W. Day* (with permission)
    Graham L.W. Day (Bar No. 186553)

Attorneys for Defendant Modern Veterinary Therapeutics, LLC

SO ORDERED.

Dated: April 14, 2011.

IT IS SO ORDERED AS MODIFIED

Judge William Alsup

HON. W_____
United States District Court Judge

C COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

908453 /HN

2.

FINAL CONSENT JUDGMENT
CASE NO. 3:10-CV-04549 WHA